UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **JASON DECKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.:  4:23-CV-108-DJH |
| ) | |
| **EXPERIAN INFORMATION SOLUTIONS,** ) | |
| **INC.,** ) | |
| and ) | |
| **MIDLAND CREDIT MANAGEMENT, INC.** ) | |
| **Defendants.** ) | |

### DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF REMOVAL

Midland Credit Management Inc. ("MCM") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

### A.  PROCEDURAL BACKGROUND

1. On or about August 31, 2023, Plaintiff Jason Decker ("Plaintiff") filed a Complaint in the Grayson Circuit Court, Case No. 23-CI-00195 ("State Court Action") alleging two violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, against MCM. Plaintiff further asserted a single invasion of privacy claim against MCM.

2. MCM was served with Plaintiff's Complaint on September 5, 2023. This Notice of Removal is being filed with the thirty (30) day time-period required by 28 U.S.C. § 1446(b).

### B.  GROUNDS FOR REMOVAL

3. The present suit is an action over which the United States District Court, Western District of Kentucky has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and that MCM may remove to this Court pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because

Plaintiff's claims present a federal question. In the Complaint, Plaintiff seeks damages against Defendants for their alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. The Fair Credit Reporting Act is a statute that arises "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Specifically, the Plaintiff alleges in Counts II and III that MCM obtained a consumer report relating to Plaintiff, which constituted a willful or negligent noncompliance with the Fair Credit Reporting Act. Compl. ¶¶ 18, 20. Thus, this Court has original subject matter jurisdiction over Plaintiff's two Fair Credit Reporting Act claims, and removal is proper.

4. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over the Plaintiff's remaining claim outlined in Count I, which was an alleged invasion of privacy. Compl. ¶ 12. Plaintiff alleged that by obtaining a consumer report relating to Plaintiff, this constituted an invasion of privacy. *Id.* This claim consists of the same factual basis as the Plaintiff's claims for willful or negligent noncompliance of the Fair Credit Reporting Act, and therefore, the claim is "part of the same case or controversy." 28 U.S.C. § 1367(a). As a result, the Court has supplemental jurisdiction over the Plaintiff's invasion of privacy claim, and removal is proper pursuant to 28 U.S.C. § 1446(b).

      C.    **COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

5. Pursuant to 28 U.S.C. § 1441(a), venue of the removed action is proper in the United States District Court, Western District of Kentucky, Owensboro division because it is in the district and division embracing the place where the state court action is pending.

6. In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant MCM are attached hereto as **Exhibit A**.

7. MCM's co-defendant, Experian Information Solutions, consents to this removal. (See **Exhibit B**).

8. Promptly after the filing of this Notice of Removal, MCM shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Grayson Circuit Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, MCM requests that the above-described action be removed to this Court.

Respectfully submitted this 28th day of September, 2023.

Respectfully submitted,

*/s/ Joseph N. Tucker*
Joseph N. Tucker
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2360
Joseph.tucker@dinsmore.com
*Attorney for Defendant*
*Midland Credit Management Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served, via CM/ECF and email, on this 28th day of September, 2023, upon the following:

Zachary L. Taylor
Winton & Hiestand
905 Baxter Avenue
Louisville, Kentucky 40204
(502) 822-2500
zlt@louisvillelawoffice.com
*Counsel for Plaintiff*

Christopher P. Farris
Billings Law Firm, PLLC
145 Constitution Street
Lexington, KY 40507
cpfarris@blfky.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

                                        */s/ Joseph N. Tucker*